UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

v.

NORMAN STOERR,

           Defendant.

Criminal No. 08-521 (SDW)

**ORDER FOR DISCLOSURE OF PRESENTENCE INVESTIGATION REPORT**

---

## ORDER

**WHEREAS** Sevenson Environmental Services, Inc. has filed an appeal of the restitution ordered to be paid by the Defendant, Norman Stoerr, with the United States Court of Appeals for the Third Circuit in United States of America v. Norman Stoerr, Sevenson Environmental Services, Inc., *Appellant* (No. 11-2787);

**WHEREAS** Sevenson Environmental Services, Inc. is a non-party to whom disclosure of the Presentence Investigation Report had not been initially authorized;

**WHEREAS** the Addendum to the Presentence Investigation Report begins on Page 41 and ends on Page 44;

**IT IS** on this 21st day of December 2011

**ORDERED** that the Addendum to the Presentence Report be disclosed to the United States, the Defendant and Sevenson Environmental Services, Inc. solely for their use in Sevenson's appeal of the sentence imposed against the Defendant, Norman Stoerr, with the Third Circuit (No. 11-2787) and cannot be used for any other purpose or further redisclosed.

_____
Honorable Susan D. Wigenton, U.S.D.J.